UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Jeffrey Miller,

                                       Case No.: 3:19-cv-00857-BJD-MCR

       Complainant,

v.

CSX Transportation, Inc.,

       Respondent.
_____

## MEDIATOR'S REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on March 17, 2020, and the results of that conference are indicated below:

    A.    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

      __x___   All individual parties and their respective trial counsel.

      _____   Designated corporate representatives.

      _____   Required claims professionals.

      _____   Others: _____
              _____
              _____

    B.    The following individuals, parties, corporate representatives, and/or claims professionals <u>failed</u> to appear and/or participate as ordered:

      _____
      _____
      _____

    C.    The outcome of the mediation conference was:

      __x___   **The case has been completely settled**.  In accordance with Local
              Rule 9.06(b), lead counsel will promptly notify the Court of

      settlement in accordance with Local Rule 3.08 by filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____   **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____

_____

_____   **The conference was continued** with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

_____   **The parties have reached an impasse**.

Dated March 18, 2020.

                                                      RESPECTFULLY SUBMITTED,

                                                      **s/ Carle A. Felton, Jr.**_____
                                                      CARLE A. FELTON, JR. - **Mediator**
                                                      Florida Bar No.:  166857
                                                      Certification No: 8498R
                                                      2700 University Blvd. West, Ste. A-1
                                                      Jacksonville, FL  32217
                                                      (904) 493-5001
                                                      cfelton@bendinc.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY this _18 day of _March, 2020, that a copy of the foregoing Notice of Mediation has been filed using the CM/ECF system, which will electronically notify the following parties:

Nicholas Thompson represents Plaintiff, Jeffrey Miller
The Moody Law Firm
500 Crawford Street, #200

Portsmouth, VA 23704
(757) 477-0991
nthompson@moodyrrlaw.com

Ryan Eslinger represents Defendant, CSX Transportation, Inc.
3127 Atlantic Blvd.
Jacksonville, FL 32207
(904) 346-3800
reslinger@miltonleach.com; aaustin@miltonleach.com

                                              **s/ Carle A. Felton, Jr.**
                                              CARLE A. FELTON, JR.